DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLINTON DINNALL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-3071

[November 6, 2025]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; George Odom, Jr., Judge; L.T. Case No. 07012203CF10B.

Clinton Dinnall, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., FORST and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***